FILED

NOV 12 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 14–22–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| IAN MICHAEL BRUSH, | |
| Defendant. | |

Before the Court is Defendant Ian Michael Brush's Motion for Early Termination of Supervised Release. (Doc. 30.) The United defers the Court's discretion as to this motion. Brush has successfully completed nearly two-thirds of his term of supervision, and the Court grants the motion.

A court may "terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In determining whether to terminate a term of supervised release, courts consider the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3564.

Here, "the history and characteristics of the defendant" counsel in favor of granting Brush's motion. 18 U.S.C. § 3553(a)(1). Brush has completed three years and two months of his five-year term of supervised release. He has opened

his own auto shop, and it appears that he is proving to be an able mechanic and businessman. Brush has fully complied with all conditions of his supervision, and his personal and professional successes indicate a bright future. The Court is convinced that the interests of justice and, particularly, Brush's success to date justify early termination of probation.

DATED this 12th day of November, 2019.

Dana L. Christensen, Chief Judge
United States District Court